# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

143054

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LORI MAINKA,
      Plaintiff-Appellant,

v

SC: 143054
COA: 299141
Alpena CC: 10-003203-NI

CODY LAPCZYNSKI, GARY
LAPCZYNSKI, and AUTO-OWNERS
INSURANCE COMPANY,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the April 1, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

Clerk

t0928